UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-81870-RUIZ

BRAINDON N. COOPER a/k/a MR COOPER, et al.,

        Plaintiffs,

v.

CHRIS BROWN ENTERTAINMENT, LLC d/b/a CHRISTOPHER BROWN ENTERTAINMENT, LLC., et al.

        Defendants.

**DEFENDANT'S NOTICE OF JOINDER IN MOTION TO DISMISS**

In the interest of judicial economy, defendant Aubrey Drake Graham p/k/a Drake ("Mr. Graham") joins in the Motion to Dismiss previously filed on January 11, 2022 (ECF No. 30)[1] and respectfully requests that the Court dismiss the Complaint in its entirety with prejudice.

1. On October 5, 2021, Plaintiffs Braindon N. Cooper a/k/a Mr. Cooper and Timothy L. Valentine a/k/a Drum'N Skillz ("Plaintiffs") filed their Complaint against the Moving Defendants, as well as several other defendants. (ECF No. 1). The Complaint alleges that certain defendants purportedly had access to Plaintiffs' obscure song ("I Love Your Dress"); copied

---

[1] The "Moving Defendants" are defined to include Defendants Chris Brown Entertainment, LLC ("CBE"), Chris Brown ("Brown"), Anderson Hernandez ("Hernandez"), Joshua Louis Huizar ("J-Louis"), Nija Charles a/k/a Nija ("Nija"), J-Louis Productions, LLC ("JLouisMusic"), Culture Beyond Ur Experience, Songs of Universal, Inc. ("Universal"), Amnija LLC d/b/a Songs of Amnija ("Amnija"), Sony/ATV Songs LLC ("Sony/ATV"), Vinylz Music Group LLC ("Vinylz"), Sony Music Entertainment ("Sony Music"), and Michee Patrick Lebrun p/k/a Che (who joined the Motion to Dismiss on January 31, 2022 (ECF. No. 39)).

certain aspects of the song, including the generic lyrical phrase "you got it"; and then purportedly released a "forged" sound recording, entitled "No Guidance."

2. On January 11, 2022, the Moving Defendants filed their Motion to Dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) ("Motion to Dismiss") (ECF No. 30).

3. The motion seeks dismissal, as Plaintiffs have not plausibly alleged copyright infringement, nor can they. Specifically, the Motion to Dismiss contends that Plaintiffs' copyright infringement claims fail as a matter of law because Plaintiffs have not alleged that the Moving Defendants had the requisite "access" to "I Love Your Dress"; that Plaintiffs' claim is premised upon the alleged similarity between the wholly generic lyrical phrase "you got it" and the alleged similar (and unoriginal) theme of a hard-working, attractive woman; that no one can own or monopolize the non-copyrightable phrase "you got it," (which appears in countless pre-existing musical works); and that, as evident to the average listener, "No Guidance" and "I Love Your Dress" are vastly different songs. The Motion to Dismiss also asserts that Plaintiffs' state law claims are either preempted or deficient as a matter of law.

4. To avoid repetition and to promote judicial economy, Mr. Graham – a co-author of the musical composition embodied in the sound recording "No Guidance" – hereby incorporates and restates all of the arguments raised in the Moving Defendants' Motion to Dismiss in full, including the requests for relief therein.

**WHEREFORE**, for the reasons set forth herein and in the Moving Defendants' Motion to Dismiss and its supporting Reply papers (ECF No. 56), Mr. Graham respectfully requests that the Court enter an order dismissing Plaintiffs' Complaint in its entirety and with prejudice, award

reasonable attorneys' fees and costs, and grant such other and further relief as the Court deems just and proper.

DATED:  March 22, 2022

MITCHELL SILBERBERG & KNUPP LLP
*Attorneys for Defendant Aubrey Drake Graham p/k/a Drake*
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
(310) 312-2000
(310) 312-3100

/s/ Mark C. Humphrey
Mark C. Humphrey
Florida Bar No. 124136
mxh@msk.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

/s/ Mark C. Humphrey
Mark C. Humphrey

14072766.1