UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-81870-RAR

**BRAINDON N. COOPER,**
*a/k/a* **MR. COOPER**, *et al.*,

    Plaintiffs,

v.

**CHRIS BROWN ENTERTAINMENT,
LLC**, *et al.*,

    Defendants.
_____/

## ORDER DISMISSING DEFENDANT WITH PREJUDICE

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Dismissal with Prejudice and without Costs as against Defendant Aubrey Drake Graham a/k/a Drake Only [ECF No. 60], filed on April 26, 2022. Being fully advised, it is hereby

**ORDERED AND ADJUDGED** that Defendant Aubrey Drake Graham a/k/a Drake is **DISMISSED** *with prejudice* and without costs or attorneys' fees as against any party. In dismissing this case, the Court notes that Mr. Graham started from the bottom—being named as a Defendant—now we're here—a dismissal with prejudice.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 26th day of April, 2022.

                                                            **RODOLFO A. RUIZ II**
                                                           **UNITED STATES DISTRICT JUDGE**