UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BRAINDON N. COOPER, et al.

PLAINTIFF(S)

CASE NUMBER
9:21−cv−81870−RAR

v.

CHRIS BROWN ENTERTAINMENT, LLC, et al.,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**1Damentional Publishing, LLC**
**Tyler Bryant**
**Mavor & Moses Publishing, LLC**
**Travis Darelle Walton**

as of course, on the date April 29, 2022.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Esperanza Buchhorts−Rodriguez*
Deputy Clerk

cc:  Judge Rodolfo A. Ruiz, II
     Braindon N. Cooper

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)