UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-81870-RAR

**BRAINDON N. COOPER,**
*a/k/a* **MR. COOPER**, *et al.*,

    Plaintiffs,

v.

**CHRIS BROWN ENTERTAINMENT,
LLC**, *et al.*,

    Defendants.
_____/

### ORDER REQUIRING MOTION FOR DEFAULT JUDGMENT OR NOTICE OF JOINT LIABILITY

**THIS CAUSE** comes before the Court upon *sua sponte* review of the record. On October 5, 2021, Plaintiffs filed their Complaint [ECF No. 1]. On October 27, 2021; March 7, 2022; and March 15, 2022, Plaintiff filed proof of service on Defendants M&M Publishing, Bryant, and Walton [collectively, "Defaulting Defendants], respectively. [ECF Nos. 9-5, 59-2, 59-3]. Pursuant to Federal Rule of Civil Procedure 12(a), each Defendant was required to file a response or answer to Plaintiff's Complaint within 21 days of its respective service of process. To date, there is no indication that Defaulting Defendants have answered or otherwise responded to the summons and Complaint, nor have they requested an extension of time to do so. On April 29, the Clerk of Court entered default against Defaulting Defendants pursuant to Federal Rule of Civil Procedure 55(a) [ECF No. 63].[1] Therefore, it is hereby

**ORDERED AND ADJUDGED** that **within ten (10) days** of this Order, Plaintiffs must file one of the following two responses:

---

[1] The Clerk also entered default as to Defendant 1Damentional, which has since waived service. [ECF No. 64].

1. Plaintiff shall file a Motion for Default Final Judgment ("Motion") where:

    a. There are no allegations of joint and several liability, and no possibility of inconsistent liability between Defendants;[2] **or**

    b. There are allegations of joint and several liability **and all** named Defendants have defaulted.[3]

The Motion must include affidavits of any sum certain due by Defendants, and any other supporting documentation necessary to determine Plaintiff's measure of damages. The Motion shall also be accompanied by (1) the necessary affidavit under the Servicemembers Civil Relief Act, 50 U.S.C. app. section 521(b), if applicable; (2) a memorandum of law supporting entitlement to final judgment; (3) a proposed order; and (4) a proposed final judgment. Pursuant to the CM/ECF Administrative Procedures, the proposed orders **shall be submitted to the Court by e-mail in Word format** at ruiz@flsd.uscourts.gov. **The email subject line must include the case number as follows: XX-CV-XXXX-RAR**. Plaintiff shall send a copy of the Motion to Defendants' counsel or to Defendants if they do not have counsel. In the certificate of service, Plaintiff shall indicate that notice was sent and the addresses where notice was sent.

If Defaulting Defendants fail to move to set aside the Clerk's Default or respond to the Motion within the time permitted by the Rules, default final judgment may be entered, which means that Plaintiff may be able to take Defendants' property or money, and/or obtain other relief against Defaulting Defendants.

2. Where fewer than all named Defendants have defaulted **and** there are allegations of joint and several liability, or the possibility of inconsistent liability between Defendants,

---

[2] Plaintiff must state in the Motion that there are no allegations of joint and several liability, and set forth the basis why there is no possibility of inconsistent liability.

[3] Plaintiff must state in the Motion that there are allegations of joint and several liability.

Plaintiff shall file a Notice of Joint Liability. *See Frow v. De La Vega*, 82 U.S. 552, 554 (1872); 10A Charles Alan Wright and Arthur R. Miller, FEDERAL PRACTICE & PROCEDURE § 2690 (3d ed. 1998) (citing *Frow*, 82 U.S. at 554); *see also Gulf Coast Fans, Inc. v. Midwest Elecs. Imp., Inc.*, 740 F.2d 1499, 1512 (11th Cir. 1984).

The Notice of Joint Liability must briefly describe the allegations and advise the Court of the status of the other Defendants' liability. Once liability is resolved as to **all** Defendants, Plaintiff may move for the entry of default final judgment, as described in (1) above, **no later than fourteen (14) days thereafter**.

Plaintiff's failure to file either a Motion for Default Final Judgment or a Notice of Joint Liability within the specified time frame will result in a **dismissal without prejudice** and without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 2nd day of May, 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**