## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 21-CV-81870-RAR

BRAINDON N. COOPER a/k/a MR COOPER,
TIMOTHY L. VALENTINE a/k/a DRUM'N SKILLZ,
and SIGNATURE SERIEZ ENTERTAINMENT, INC.,

                                     Plaintiffs,

        -against-

CHRIS BROWN ENTERTAINMENT, LLC d/b/a
CHRISOPER BROWN ENTERTAINMENT, LLC,
CHRISTOPHER MAURICE BROWN a/k/a CHRIS
BROWN, AUBREY DRAKE GRAHAM a/k/a DRAKE,
ANDERSON HERNANDEZ a/k/a VINYLZ, JOSHUA
LOUIS HUIZAR a/k/a J-LOUIS, TRAVIS DARELLE
WALTON a/k/a TEDDY WALTON, NIJA CHARLES
a/k/a NIJA, TYLER BRYANT a/k/a VELOUS, MICHEE
PATRICK LEBRUN a/k/a CHE ECRU, NOAH SHEBIB
a/k/a 40, J-LOUIS PRODUCTIONS, LLC d/b/a
JLOUISMUSIC, CULTURE BEYOND UR
EXPERIENCE, SONGS OF UNIVERSAL, INC.,
AMNIJA, LLC d/b/a SONGS OF AMNIJA,
1DAMENTIONAL PUBLISHING, LLC, MAVOR &
MOSES PUBLISHING, LLC d/b/a RONCESVALLES
MUSIC PUBLISHING, SONY/ATV SONGS LLC,
VINYLZ MUSIC GROUP LLC, and SONY MUSIC
ENTERTAINMENT d/b/a RCA RECORDS,

                                  Defendants.

_____/

### NOTICE OF JOINT LIABILITY AS TO DEFENDANTS

        Pursuant to the Court's' Order Requiring Motion for Default Judgment or Notice of Joint

Liability [D.E. #65], Plaintiffs Braindon N. Cooper a/k/a Mr Cooper, Timothy L. Valentine a/k/a

Drum'n Skillz, and Signature Seriez Entertainment, Inc. (collectively, "Plaintiffs"), respectfully

submit this Notice of Joint Liability as to Defendants, and in support state as follows:

1.      Plaintiffs commenced this action by filing a Complaint on October 5, 2021. [D.E. # 1].

2.      Plaintiffs allege that the Defendants – including Defendants Mavor & Moses Publishing, LLC d/b/a Roncesvalles Music Publishing, Travis Darelle Walton a/k/a Teddy Walton and Tyler Bryant a/k/a Velous (collectively, "Defaulting Defendants")[1] – are jointly and severally liable for damages to Plaintiffs resulting from their copying and unlawful exploitation of Plaintiffs' song – *I Love Your Dress*. [D.E. #1 at ¶¶ 1-8].[2] Consequently, Plaintiffs' Complaint asserts claims against all Defendants for common law copyright infringement [D.E. #1 at ¶¶ 70-86]; federal copyright infringement pursuant to 17 U.S.C. § 101, et seq. [D.E. #1 at ¶¶ 87-99]; vicarious copyright infringement [D.E. #1 at ¶¶ 100-107]; declaratory judgment [D.E. #1 at ¶¶ 108-113]; an accounting [D.E. #1 at ¶¶ 114-120]; and unjust enrichment [D.E. #1 at ¶¶ 121-124].

3.      To date, the liability of the non-defaulting Defendants remains unresolved. Discovery is currently ongoing and a motion to dismiss filed by all but two of the non-defaulting Defendants is pending. [D.E. # 30].[3]

---

[1]      By Order dated May 9, 2022, the Court vacated the clerk's entry of default against Defendant 1Damentional Publishing, LLC and the waiver of service with respect to that entity was deemed timely and effective service.  [D.E. #68].  In the interest of full disclosure, counsel for Defendants Mavor & Moses Publishing, LLC d/b/a Roncesvalles Music Publishing and Tyler Bryant a/k/a Velous have contacted counsel for Plaintiffs subsequent to the clerk's entry of default and unopposed applications to vacate default are expected to be forthcoming with respect to these two defendants.

[2]      Generally speaking, in multi-defendant cases, copyright infringers are jointly and severally liable for a plaintiff's actual damages. *See* Home Design Servs., Inc. v. Turner Heritage Homes, Inc., 101 F. Supp. 3d 1201, 1217 (N.D. Fla. 2015), aff'd, 825 F.3d 1314 (11th Cir. 2016) (internal citations omitted) (noting that "all infringers are jointly and severally liable for plaintiffs' actual damages, but each defendant is severally liable for his or its own illegal *profit;* one defendant is not liable for the profit made by another. However, joint and several liability may extend to an infringer's profits if the defendants act as partners, joint venturers, or partners-in-fact.").

[3]      Although Defendant Aubrey Drake Graham a/k/a Drake joined in the pending motion to dismiss, Plaintiffs subsequently dismissed their claims against him.  [D.E. # 57, 58, 60 and 61].

4.      As all Defendants, including the Defaulting Defendants, are jointly and severally

liable for damages alleged in the Complaint, their liability must be resolved before Plaintiffs can

move for entry of default final judgment.

Dated:  West Palm Beach, FL
        May 11, 2022

<div style="margin-left: 50%;">

McLAUGHLIN & STERN PLLC

By:      */s/ Neil B. Solomon*
             Neil B. Solomon, Esq.

525 Okeechobee Blvd., Suite 1700
West Palm Beach, FL 33401
Tel.: (561) 659-4020
nsolomon@mclaughlinstern.com

McLAUGHLIN & STERN, LLP
Chester R. Ostrowski, Esq.*
Charles F. Kellett, Esq.*
Jason S. Giaimo, Esq.*
260 Madison Avenue
New York, NY 10016
Tel.: (212) 448-1100
costrowski@mclaughlinstern.com
ckellett@mclaughlinstern.com
jgiaimo@mclaughlinstern.com
* Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs Braindon N. Cooper*
*a/k/a Mr Cooper, Timothy L. Valentine a/k/a*
*Drum'N Skillz, and Signature Seriez*
*Entertainment, Inc.*

</div>

---

Counsel for the only other non-defaulting Defendant, Noah Shebib a/k/a 40 ("Shebib"), recently
indicated to Plaintiffs' counsel that Shebib intends to execute a waiver of service shortly.