# McLaughlin & Stern PLLC
#### Founded 1898

| | | |
|---|---|---|
| **Neil B. Solomon**<br>Managing Partner – WPB Office<br>nsolomon@mclaughlinstern.com<br>Main (561) 659-4020<br>Direct (561) 283-2209 | CityPlace Office Tower<br>525 Okeechobee Blvd., Suite 1700<br>West Palm Beach, FL 33401<br>Phone (561) 659–4020<br>Fax (561) 659-4438<br>www.mclaughlinstern.com | New York, New York<br>Millbrook, New York<br>Garden City, New York<br>Clark, New Jersey<br>Westport, Connecticut<br>Naples, Florida |

May 11, 2022

**Via Electronic Filing**
Judge Rodolfo A. Ruiz II, U.S.D.J.
U.S. Federal Building and Courthouse
299 East Broward Boulevard
Courtroom 205C, Chambers 205D
Fort Lauderdale, FL 33301

  Re: Cooper, et al. v. Chris Brown Entertainment, LLC, et al.
     Case No.: 9:21-cv-81870-RAR

Dear Judge Ruiz:

  We submit the following correspondence in order to clarify any confusion in the record. We prepared our Notice of Joint Liability [D.E. # 72] prior to the entry of Your Honor's order granting Defendant Mavor & Moses Publishing, LLC's motion to vacate default [D.E. #71]. Consequently, we write simply to notify the court that, contrary to any implication or reference to the contrary in our Notice of Joint Liability, Defendant Mavor & Moses Publishing, LLC is no longer in default.

           Respectfully submitted,

           McLAUGHLIN & STERN PLLC

           By: */s/ Neil B. Solomon*
              Neil B. Solomon, Esq.

           525 Okeechobee Blvd., Suite 1700
           West Palm Beach, FL 33401
           Tel.: (561) 659-4020
           nsolomon@mclaughlinstern.com

           McLAUGHLIN & STERN, LLP
           Chester R. Ostrowski, Esq.*
           Charles F. Kellett, Esq.*
           Jason S. Giaimo, Esq.*
           260 Madison Avenue

New York, NY 10016
Tel.: (212) 448-1100
costrowski@mclaughlinstern.com
ckellett@mclaughlinstern.com
jgiaimo@mclaughlinstern.com
* Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs Braindon N. Cooper a/k/a Mr Cooper, Timothy L. Valentine a/k/a Drum'N Skillz, and Signature Seriez Entertainment, Inc.*

CFK/vjr