UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-81870-RAR

BRAINDON N. COOPER a/k/a MR COOPER,
TIMOTHY L. VALENTINE a/k/a DRUM'N SKILLZ,
and SIGNATURE SERIEZ ENTERTAINMENT, INC.,

                          Plaintiffs,

   -against-

CHRIS BROWN ENTERTAINMENT, LLC d/b/a
CHRISOPHER BROWN ENTERTAINMENT, LLC,
CHRISTOPHER MAURICE BROWN a/k/a CHRIS
BROWN, AUBREY DRAKE GRAHAM a/k/a DRAKE,
ANDERSON HERNANDEZ a/k/a VINYLZ, JOSHUA
LOUIS HUIZAR a/k/a J-LOUIS, TRAVIS DARELLE
WALTON a/k/a TEDDY WALTON, NIJA CHARLES
a/k/a NIJA, TYLER BRYANT a/k/a VELOUS, MICHEE
PATRICK LEBRUN a/k/a CHE ECRU, NOAH SHEBIB
a/k/a 40, J-LOUIS PRODUCTIONS, LLC d/b/a
JLOUISMUSIC, CULTURE BEYOND UR
EXPERIENCE, SONGS OF UNIVERSAL, INC.,
AMNIJA, LLC d/b/a SONGS OF AMNIJA,
1DAMENTIONAL PUBLISHING, LLC, MAVOR &
MOSES PUBLISHING, LLC d/b/a RONCESVALLES
MUSIC PUBLISHING, SONY/ATV SONGS LLC,
VINYLZ MUSIC GROUP LLC, and SONY MUSIC
ENTERTAINMENT d/b/a RCA RECORDS,

                          Defendants.
_____/

**PLAINTIFFS' *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO FILE
OPPOSITION TO DEFENDANTS' MOTION TO STAY DISCOVERY**

Plaintiffs respectfully submit this *unopposed* motion for an extension of time of two weeks, from June 16, 2022 up to and including **June 30, 2022**, within which to file opposition to the Motion to Stay Discovery and Continue Trial and All Pre-Trial Deadlines Pending Determination of Motion to Dismiss [D.E 81] ("Motion") filed on behalf of Defendants Chris Brown, Chris

Brown Entertainment, LLC, Culture Beyond Ur Experience; Sony/ATV Songs, LLC *n/k/a* Sony Music Publishing (US) LLC, Sony Music Entertainment, Songs of Universal, Inc., J-Louis Productions, LLC and Joshua Louis Huizar, Anderson Hernandez *p/k/a* Vinylz and Vinylz Music Group, LLC, Amnija, LLC *d/b/a* Songs of Amnija; Nija Charles *p/k/a* Nija, Michee Patrick Lebrun a/k/a Che Ecru, Tyler Bryant *a/k/a* Velous and 1Damentional Publishing, LLC (collectively, the "Moving Defendants"). In support of this motion, Plaintiffs state as follows:

1. The Federal Rules of Civil Procedure authorize the Court to extend the time within which an act may or must be done, for good cause, "with or without motion or notice if . . . a request is made . . . before the original time or its extension expires." Fed. R. Civ. P. 6(b).

2. The Moving Defendants filed the Motion on June 2, 2022.

3. The current deadline for Plaintiffs to file their opposition to the Motion is June 16, 2022.

4. Due to an unusually busy case load and a COVID-19 quarantine in one of Plaintiffs' counsel's households, Plaintiffs respectfully request a 14-day extension, until June 30, 2022, to file opposition.

5. This is the first motion by any party for an extension of time to file and serve opposition to the Motion.

6. The requested extension will not prejudice any party and will instead promote party and judicial economy. The requested extension will allow Plaintiffs to both address the pending Motion and work with counsel for Moving Defendants to potentially resolve certain discovery issues raised in the pending Motion. Moreover, the Court recently scheduled a status conference for June 23, 2022, and certain discovery issues raised in the pending Motion may be addressed at same.

7.      Moving Defendants do not oppose the relief requested in this Motion.

**WHEREFORE,** Plaintiffs respectfully request that the Court enter an Order extending the time, through and including June 30, 2022 for Plaintiffs to file opposition to the Motion to Stay Discovery.

### CERTIFICATE OF GOOD FAITH CONFERRAL

The undersigned counsel for Plaintiffs, Chester Ostrowski and Charles Kellett, certify that they have discussed the requested extension with Moving Defendants' counsel, Ilene Farkas and James Sammataro, and that they have graciously agreed to the requested relief.

Dated: West Palm Beach, FL
       June 16, 2022

McLAUGHLIN & STERN PLLC

By:     /s/ Neil B. Solomon
        Neil B. Solomon, Esq.

525 Okeechobee Blvd., Suite 1700
West Palm Beach, FL 33401
Tel.: (561) 659-4020
nsolomon@mclaughlinstern.com

McLAUGHLIN & STERN, LLP
Chester R. Ostrowski, Esq.*
Charles F. Kellett, Esq.*
Jason S. Giaimo, Esq.*
260 Madison Avenue
New York, NY 10016
Tel.: (212) 448-1100
costrowski@mclaughlinstern.com
ckellett@mclaughlinstern.com
jgiaimo@mclaughlinstern.com
* Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs Braindon N. Cooper a/k/a Mr Cooper, Timothy L. Valentine a/k/a Drum'N Skillz, and Signature Seriez Entertainment, Inc.*