UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-81870-RAR

**BRAINDON N. COOPER,**
*a/k/a* **MR. COOPER**, *et al.*,

    Plaintiffs,

v.

**CHRIS BROWN ENTERTAINMENT,
LLC**, *et al.*,

    Defendants.
_____/

## ORDER GRANTING *ORE TENUS* JOINT MOTION TO STAY

**THIS CAUSE** came before the Court for a telephonic status conference on June 23, 2022 [ECF No. 85], during which all parties collectively requested that the Court temporarily stay the case and hold all pending deadlines in abeyance. The Court having considered the parties' request, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The parties' *ore tenus* joint motion to stay the case is **GRANTED**.

2. The matter is **STAYED** until **August 3, 2022, at 11:00 a.m.** All pending deadlines (including, without limitation, those related to pleadings, pending motions, and discovery) will be held in abeyance until then.

3. The parties shall appear for a Telephonic Status Conference to be held on **August 3, 2022, at 11:00 a.m.** The parties are instructed to call 1-877-402-9753 by no later than 10:55 a.m. The access code is 9372453, and the password is 0918. The Court requires that the parties appear via a landline (i.e., not a cellular phone or a speaker phone) for clarity.

4. The discovery status conference scheduled for July 14, 2022, shall be adjourned and rescheduled, as appropriate.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 23rd day of June, 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**