**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-CV-81870-RUIZ**

BRAINDON N. COOPER a/k/a MR COOPER,
TIMOTHY L. VALENTINE a/k/a DRUM'N SKILLZ,
and SIGNATURE SERIEZ ENTERTAINMENT, INC.,

      Plaintiffs,

-against-

CHRIS BROWN ENTERTAINMENT, LLC d/b/a
CHRISOPHER BROWN ENTERTAINMENT, LLC,
CHRISTOPHER MAURICE BROWN a/k/a CHRIS
BROWN, AUBREY DRAKE GRAHAM a/k/a DRAKE,
ANDERSON HERNANDEZ a/k/a VINYLZ, JOSHUA
LOUIS HUIZAR a/k/a J-LOUIS, TRAVIS DARELLE
WALTON a/k/a TEDDY WALTON, NIJA CHARLES
a/k/a NIJA, TYLER BRYANT a/k/a VELOUS, MICHEE
PATRICK LEBRUN a/k/a CHE ECRU, NOAH SHEBIB
a/k/a 40, J-LOUIS PRODUCTIONS, LLC d/b/a
JLOUISMUSIC, CULTURE BEYOND UR
EXPERIENCE, SONGS OF UNIVERSAL, INC.,
AMNIJA, LLC d/b/a SONGS OF AMNIJA,
1DAMENTIONAL PUBLISHING, LLC, MAVOR &
MOSES PUBLISHING, LLC d/b/a RONCESVALLES
MUSIC PUBLISHING, SONY/ATV SONGS LLC,
VINYLZ MUSIC GROUP LLC, and SONY MUSIC
ENTERTAINMENT d/b/a RCA RECORDS,

      Defendants.
_____/

**NOTICE OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS NOAH SHEBIB**
**AND MAVOR & MOSES PUBLISHING, LLC**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Braindon N. Cooper a/k/a Mr Cooper,

Timothy L. Valentine a/k/a Drum'n Skillz, and Signature Seriez Entertainment, Inc., through their

undersigned attorneys, hereby give notice that all claims asserted against Defendants Noah Shebib

a/k/a 40 and Mavor & Moses Publishing, LLC d/b/a Roncesvalles Music Publishing in the above-

captioned action shall be, and hereby are, dismissed with prejudice and without costs or attorneys' fees as against any party.

Dated: West Palm Beach, FL
August 2, 2022

    McLAUGHLIN & STERN PLLC

    By:    */s/ Neil B. Solomon*
          Neil B. Solomon, Esq.

    525 Okeechobee Blvd., Suite 1700
    West Palm Beach, FL 33401
    Tel.: (561) 659-4020
    nsolomon@mclaughlinstern.com

    McLAUGHLIN & STERN, LLP
    Chester R. Ostrowski, Esq.*
    Charles F. Kellett, Esq.*
    Jason S. Giaimo, Esq.*
    260 Madison Avenue
    New York, NY 10016
    Tel.: (212) 448-1100
    costrowski@mclaughlinstern.com
    ckellett@mclaughlinstern.com
    jgiaimo@mclaughlinstern.com
    * Admitted *Pro Hac Vice*

    *Attorneys for Plaintiffs Braindon N. Cooper a/k/a Mr Cooper, Timothy L. Valentine a/k/a Drum'N Skillz, and Signature Seriez Entertainment, Inc.*