UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-81870-RAR

**BRAINDON N. COOPER,**
*a/k/a* **MR. COOPER**, *et al.*,

    Plaintiffs,

v.

**CHRIS BROWN ENTERTAINMENT, LLC**, *et al.*,

    Defendants.
_____/

## ORDER DISMISSING DEFENDANTS WITH PREJUDICE

**THIS CAUSE** comes before the Court upon Plaintiffs' Notice of Dismissal with Prejudice as to Defendants Noah Shebib and Mavor & Moses Publishing, LLC [ECF No. 89], filed on August 2, 2022. The Court being fully advised, it is hereby

**ORDERED AND ADJUDGED** that Defendants Noah Shebib and Mavor & Moses Publishing, LLC are **DISMISSED** *with prejudice* and without costs or attorneys' fees as against any party.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 3rd day of August, 2022.

_____
RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE