UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-81870-RAR

**BRAINDON N. COOPER,**
*a/k/a* **MR. COOPER**, *et al.*,

    Plaintiffs,

v.

**CHRIS BROWN ENTERTAINMENT,
LLC**, *et al.*,

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon the parties' Stipulation of Dismissal with Prejudice [ECF No. 95], filed on September 8, 2022. Being fully advised, it is hereby

**ORDERED AND ADJUDGED** that Defendants Chris Brown, Chris Brown Entertainment, LLC, Culture Beyond Ur Experience Publishing, Sony/ATV Songs LLC (*n/k/a* Sony Music Publishing (US) LLC), Sony Music Entertainment, Songs of Universal, Inc., J-Louis Productions, LLC, Joshua Louis Huizar *p/k/a* J-Louis, Amnija, LLC *d/b/a* Songs of Amnija, Nija Charles *p/k/a* Njia, Anderson Hernandez *p/k/a* Vinylz, Vinylz Music Group, Michee Patrick Lebrun *p/k/a* Che Ecru, Tyler Bryant, and 1Damentional Publishing, LLC are **DISMISSED** *with prejudice*, with each party to bear their own attorneys' fees and costs of suit.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 8th day of September, 2022.

_____
   **RODOLFO A. RUIZ II**
   **UNITED STATES DISTRICT JUDGE**