UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-81870-RUIZ

BRAINDON N. COOPER a/k/a MR COOPER,
TIMOTHY L. VALENTINE a/k/a DRUM'N SKILLZ,
and SIGNATURE SERIEZ ENTERTAINMENT, INC.,

                            Plaintiffs,

   -against-

CHRIS BROWN ENTERTAINMENT, LLC d/b/a
CHRISOPHER BROWN ENTERTAINMENT, LLC,
CHRISTOPHER MAURICE BROWN a/k/a CHRIS
BROWN, AUBREY DRAKE GRAHAM a/k/a DRAKE,
ANDERSON HERNANDEZ a/k/a VINYLZ, JOSHUA
LOUIS HUIZAR a/k/a J-LOUIS, TRAVIS DARELLE
WALTON a/k/a TEDDY WALTON, NIJA CHARLES
a/k/a NIJA, TYLER BRYANT a/k/a VELOUS, MICHEE
PATRICK LEBRUN a/k/a CHE ECRU, NOAH SHEBIB
a/k/a 40, J-LOUIS PRODUCTIONS, LLC d/b/a
JLOUISMUSIC, CULTURE BEYOND UR
EXPERIENCE, SONGS OF UNIVERSAL, INC.,
AMNIJA, LLC d/b/a SONGS OF AMNIJA,
1DAMENTIONAL PUBLISHING, LLC, MAVOR &
MOSES PUBLISHING, LLC d/b/a RONCESVALLES
MUSIC PUBLISHING, SONY/ATV SONGS LLC,
VINYLZ MUSIC GROUP LLC, and SONY MUSIC
ENTERTAINMENT d/b/a RCA RECORDS,

                            Defendants.
_____/

## NOTICE OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS
## AS AGAINST TRAVIS DARELLE WALTON a/k/a TEDDY WALTON

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Braindon N. Cooper a/k/a Mr Cooper, Timothy L. Valentine a/k/a Drum'n Skillz, and Signature Seriez Entertainment, Inc. (collectively, "Plaintiffs"), through their undersigned attorneys, hereby give notice that all claims asserted against **Defendant Travis Darelle Walton a/k/a Teddy Walton** in the above-captioned action

shall be, and hereby are, dismissed with prejudice and without costs or attorneys' fees as against any party. Since no claims against any of the named defendants remain, Plaintiffs respectfully request that the above-captioned action be closed in its entirety.

Dated: New York, New York
September 9, 2022

        McLAUGHLIN & STERN, LLP

By: *[signature]*
Chester R. Ostrowski, Esq.*

260 Madison Avenue
New York, NY 10016
Tel.: (212) 448-1100
costrowski@mclaughlinstern.com
* Admitted *Pro Hac Vice*

Neil B. Solomon, Esq.
McLAUGHLIN & STERN PLLC
525 Okeechobee Blvd., Suite 1700
West Palm Beach, FL 33401
Tel.: (561) 659-4020
nsolomon@mclaughlinstern.com

*Attorneys for Plaintiffs Braindon N. Cooper a/k/a Mr Cooper, Timothy L. Valentine a/k/a Drum'N Skillz, and Signature Seriez Entertainment, Inc.*