UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-81870-RAR

**BRAINDON N. COOPER,**
*a/k/a* **MR. COOPER**, *et al.*,

      Plaintiffs,

v.

**CHRIS BROWN ENTERTAINMENT, LLC**, *et al.*,

      Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon Plaintiffs' Notice of Dismissal with Prejudice and Without Costs as Against Travis Darelle Walton a/k/a Teddy Walton [ECF No. 97], filed on September 9, 2022.  Being fully advised, it is

**ORDERED AND ADJUDGED** that Defendant Travis Darelle Walton a/k/a Teddy Walton is **DISMISSED** *with prejudice* and without costs or attorneys' fees as against any party. Further, as all other Defendants have been dismissed, *see* [ECF Nos. 60–61, 94–96], the Clerk is instructed to mark this case **CLOSED**.  All deadlines are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 9th day of September, 2022.

                                                          _____
                                                          RODOLFO A. RUIZ II
                                                          UNITED STATES DISTRICT JUDGE